### 17784. BATEMAN et al. v. GAMBLE & COMPANY.

JENKINS, P. J.  The only assignment of error in this case is upon a judgment sustaining a demurrer to the defendant's plea and answer.  Under the ruling of the Supreme Court in *Bozeman* v. *Ward-Truitt Co.*, 141 Ga. 45 (80 S. E. 320), the case is prematurely before this court, and the motion of the defendant in error to dismiss the writ of error must be allowed.  See, in this connection, *Hall* v. *Glass*, 25 Ga. App. 710 (104 S. E. 512); *Floyd* v. *Massachusetts Mills*, 25 Ga. App. 519 (103 S. E. 801); *Tinsley* v. *Gullett Gin Co.*, 21 Ga. App. 512 (94 S. E. 892); *Johnson* v. *Battle*, 120 Ga. 649 (48 S. E. 128); *Thomas* v. *Berry*, 151 Ga. 7 (4) (105 S. E. 478); *Lang* v. *Hall*, 25 Ga. App. 118 (102 S. E. 877).

*Writ of error dismissed. Stephens and Bell, JJ., concur.*

DECIDED MAY 11, 1927.

Complaint; from city court of Macon—Judge Hall.  August 27, 1926.

*Martin, Martin & Snow,* for plaintiffs in error.

*Wallace Miller, John J. McCreary,* contra.

Appeal and Error, 3 C. J. p. 481, n. 8; p. 1075, n. 84; p. 1076, n. 87.